# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| IN RE: | **UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND** |
|---|---|
| MICHAEL J JAMISON<br>Debtor(s) | **CASE NO. BKY 06-30343 GFK** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to National Loan Recoveries in the amount of $1,656.64, were unclaimed.

CREDITOR:
National Loan Recoveries
C/O Mark Pitzele
5217 Wayzata Blvd., Suite 206
St Louis Park, MN 55416-1348

ACCOUNT NUMBER:
469152

CLAIM NUMBER:    AMOUNT:
5                $1,656.64

**Jasmine Z. Keller, Trustee**

Dated: August 31, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED
11 SEP -1 AM 11: 23
U.S. BANKRUPTCY COURT
ST. PAUL, MN

### JASMINE Z. KELLER
### STANDING CHAPTER 13 TRUSTEE
**District of Minnesota**
12 South 6th Street
Suite 310
Minneapolis, MN  55402
Phone (612) 338-7591 Fax (612) 338-4529

August 31, 2011

U.S Bankruptcy Court
200 Warren E. Burger Federal Building
U.S. CourtHouse 316 N. Robert St.
St Paul, MN  55101-

Re: MICHAEL J JAMISON

BKY: 06-30343 GFK

Dear U.S Bankruptcy Court,

Enclosed herewith please find the Chapter 13 Trustee's check in the sum of $1,656.64 representing payments to National Loan Recoveries C/O Mark Pitzele according to the Chapter 13 plan.  These payments were returned by the U.S. post office with the notation:  Forwarding order has expires; moved, no forwarding order on file; or addressee unknown.  We have looked in the local telephone books, called the creditor at their last known telephone number and looked on the internet for a current address.  Further efforts by this office have not produced a current address.  Accordingly, will you please deposit these funds with the Clerk's Registry Fund.

Thank you.

Very truly yours,

/s/ Jody Jayson
Jody Jayson
Closing Clerk

